John BRINSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75667.

Missouri Court of Appeals,
Western District.

March 4, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
29, 2014.

Susan L. Hogan, Kansas City, MO, for
appellant.

Richard A. Starnes, Jefferson City, MO,
for respondent.

Before Division Two: GARY D. WITT,
Presiding Judge, LISA WHITE
HARDWICK and ALOK AHUJA, Judges.

ORDER

PER CURIAM.

John Brinson appeals the judgment denying his Rule 29.15 motion, after he was convicted of first-degree murder for killing his wife. Brinson contends he was entitled to post-conviction relief because: (1) his trial counsel was ineffective for calling his adult children as witnesses; (2) his appellate counsel was ineffective for failing to challenge the denial of his objection to an expert's opinion; and (3) his appellate counsel was ineffective for failing to challenge the sufficiency of the evidence. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).